# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
### 219 SOUTH DEARBORN ST. CHICAGO, IL 60604

| | |
|---|---|
| IN RE: | ) CHAPTER 7 CASE |
| | ) |
| BRIAN L. TUTOR, | ) CASE NO.  04-31327 |
| | ) |
| | ) HONORABLE MANUEL BARBOSA |
| Debtor. | ) |

## NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held:

   At: **KANE COURTHOUSE, 100 S. 3RD STREET, COURTROOM 140, GENEVA, IL. 60134**

   On: **OCTOBER 4, 2007**                               Time: **10:00 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $    20,152.25 |
   | Disbursements | $         10.04 |
   | Net Cash Available for Distribution | $    20,142.21 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as

follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Peter Metrou, Attn'y | $ 0.00 | $15,356.25 | $459.15 |
| Roy Safanda, Trustee | $0.00 | $2,765.22 | $132.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| None | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling the amount of $  1,825.65  , must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be  78  %.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 002 | IRS | $1,825.65 | $1,429.59 |

7. Claims of general unsecured creditors totaling $ 96,179.13   have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0%.

Allowed general unsecured claims are as follows:

Claim                                            Allowed

Page 2

| Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | Terry Tutor | $ 88,929.73 | 0.00 |
| 002 | IRS | $ 7,249.40 | 0.00 |
| | | $ 96,179.13 | 0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the court's we site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

Partial interest in 1995 BMW 325I

Dated: **AUGUST 22, 2007**               For the Court,

                                By:   **KENNETH S. GARDNER**
                                      Kenneth S. Gardner
                                      Clerk of the U.S. Bankruptcy Court
                                      219 S. Dearborn Street, 7th Floor
                                      Chicago, IL  60604

Roy Safanda
Safanda Law Firm
111 East Side Drive
Geneva, IL  60134-2402
(630) 262-1761

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: sward                Page 1 of 2           Date Rcvd: Aug 22, 2007
Case: 04-31327                 Form ID: pdf002            Total Served: 25


The following entities were served by first class mail on Aug 24, 2007.
db           +Brian L Tutor,    PO Box 1083,    Batavia, IL 60510-1083
aty          +Peter N Metrou,    Metrou & Associates,    123 W. Washington Street,    Suite 216,
               Oswego, IL 60543-1049
aty          +Richard G Larsen,    Myler, Ruddy & McTavish,    105 E. Galena Blvd., 8th Floor,
               Aurora, IL 60505-3338
tr           +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
8419919      +Ameritech,    225 W. Randolph Street,    Law Department, Suite 27A,    Chicago, IL 60606-1838
8419920      +Brice Vander Linden & Wernick, P.C.,    9441 LBJ Freeway,    Suite 350,    Dallas, TX 75243-4545
8419921      +Capital One Bank,    PO Box 85167,    Richmond, VA 23285-5167
8419922      +Chrysler Financial,    c/o Riezman Berger,    7700 Bonhomme, 7th Floor,
               Saint Louis, MO 63105-1924
8419935      +D. Patrick Mullarkey,    Tax Division (DOJ),    P.O. Box 55, Ben Franklin Station,
               Washington, DC 20044-0055
8419924      +Dr. Henry Echiverri,    c/o Neuromed,    3 S 517 Winfield Road,    Warrenville, IL 60555-3159
8419934      +Faith Lukin, Esquire,    Revenue Litigation,    100 West Randolph Street, 13th Fl.,
               Chicago, IL 60601-3397
8419925      +First USA Bank,    PO Box 149265,    Austin, TX 78714-9265
8419926      +Firstar Bank,    c/o Lance J. VanderLinden,    PO Box 829009,    Dallas, TX 75382-9009
8419928      +I.R.S. - Special Proced. Unit,    Generalized Insolvency,    P.O. Box 745, Attn.: Mail Stop 5013,
               Chicago, IL 60690-0745
8419923     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury,    Internal Revenue Service,
               230 S. Dearborn Stop 5010-CHI,    Chicago, IL 60604)
8419931     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
11017303    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Service,    POB 21126,    Philadelphia, PA)
8419929      +Ill. Student Assistance Commission,    c/o Thomas Hallberg,    1755 lake Cook Road,
               Deerfield, IL 60015-5209
8419930      +Illinois Department of Revenue,    Bankruptcy Section Level 7-425,    100 West Randolph Street,
               Chicago, IL 60601-3218
8419927      +Paul F. Gibbs / Ultimate Massage,    c/o John C. Banbury,    PO Bxo 938,    Aurora, IL 60507-0938
9100209       Terry Tutor,    Joseph R Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
8419937      +Terry Tutor,    c/o Boyd Ingemunson-Attorney,    226 South Bridge Street,
               Yorkville, IL 60560-1502
8419938      +U.S. Attorney,    Attn: Joel Nathan,    219 South Dearborn, Suite 500,    Chicago, IL 60604-1702
8419939      +U.S. Small Business Admini.,    c/o David Gordon,    500 West Madison Street, #1250,
               Chicago, IL 60661-2602
8419936      +Victor Skadauski,    230 South Dearborn,    Stop 5013CHI,    Chicago, IL 60604-1505

The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8419932*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
8419933*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
                                                                                               TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: sward              Page 2 of 2           Date Rcvd: Aug 22, 2007
Case: 04-31327                Form ID: pdf002          Total Served: 25

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 24, 2007**                    **Signature:**    /s/ Joseph Speetjens