# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) CHAPTER 7 CASE |
| | ) |
| BRIAN L. TUTOR, | ) CASE NO.  04-31327 |
| | ) |
| | ) HONORABLE MANUEL BARBOSA |
| Debtor. | ) |

## ORDER APPROVING TRUSTEE'S FINAL ACCOUNT

The Trustee having filed his/her Final Account, and the Trustee having certified that the estate has been fully administered pursuant to FRBP 5009 and no objections having been filed to the Final Account:

**IT IS HEREBY ORDERED** that the Final Account is approved, that the Trustee is discharged, and that the case shall be closed pursuant to 11 U.S.C. §350.

_____
Date

_____
United States Bankruptcy Judge